Ian McIntosh
Whitney M. Kolivas
CROWLEY FLECK PLLP
45 Discovery Drive
P.O. Box 10969
Bozeman, MT 59719-0969
Telephone:  (406) 556-1430
Facsimile:  (406) 556-1433

Jon N. Banashek
Jason T. Pink
Berg | Hill | Greenleaf | Ruscitti LLP
1712 Pearl Street
Boulder, CO 80302
Telephone:  (303) 402-1600
Facsimile:  (303) 402-1601

*Attorneys for the Defendants*

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
### BUTTE DIVISION

| | |
|---|---|
| BOZEMAN SHOPPING CENTER, LLC, a Montana Limited Liability Company, | )<br>)<br>) CV-14-1-BU-SEH<br>) |
| Plaintiff/Counterclaim Defendant, | )<br>) **DEFENDANTS' MOTION**<br>) **FOR COSTS & FEES** |
| vs. | )<br>) |
| LUCKY'S FARMERS MARKET OF BOZEMAN, LLC, a Montana Limited Liability Company, and MICHAEL GILLILAND, individually; | )<br>)<br>)<br>)<br>) |
| Defendants/Counterclaimants. | ) |

Plaintiff/Counterclaim Defendant ("Plaintiff") has filed a motion to remand nearly seven months after removal.  (*Compare* Doc. 1 *with* Doc. 23.)  As a result, Defendants/Counterclaimants Lucky's Farmers Market of Bozeman, LLC, and Michael Gilliland (collectively "Lucky's") respectfully request that the Court order Plaintiff to pay the just costs and attorneys' fees incurred by Lucky's as a result of seven months of unnecessary federal litigation.  Lucky's concedes that complete diversity does not exist, but seeks to recover its fees and costs due to Plaintiff's unreasonable and lengthy delay in disclosing its citizenship information and filing its remand motion.  Plaintiff opposes this motion, but the parties continue to work towards a resolution of this issue.

DATED this 9th day of July, 2014.

        Berg | Hill | Greenleaf | Ruscitti LLP

By:   /s/ Jason T. Pink
       Jason T. Pink
       Jon N. Banashek
       1712 Pearl Street
       Boulder, CO  80301

        CROWLEY FLECK PLLP

By:   /s/ Ian McIntosh
       Ian McIntosh
       Whitney M. Kolivas
       P.O. Box 10969
       Bozeman, MT  59719-0969

       *Attorneys for Defendants/Counterclaimants*